IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN CLINTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEUSSBERRY, M.D., et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:06-cv-0879 OWW GSA (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(DOCUMENT #13)<br><br>THIRTY- DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2008, plaintiff filed a motion to extend time to file a second amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint, pursuant to the court's order of May 8, 2008.

　　　IT IS SO ORDERED.

　　　**Dated:　June 13, 2008**　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE