IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

MICHAEL STEVEN CLINTON,                    1:06-cv-00879-OWW-GSA (PC)

        Plaintiff,                         ORDER GRANTING MOTION
                                          TO EXTEND TIME TO FILE SECOND
      vs.                                      AMENDED COMPLAINT

DR. SEUSSBERRY, et al.,                    (DOCUMENT #17)

        Defendants.                        THIRTY DAY DEADLINE
_____/

       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 18, 2008,  plaintiff filed a motion to extend time to file a second amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

       Plaintiff is granted thirty (30) days from the date of service of this order in which to file a second amended complaint, pursuant to the court's order of May 8, 2008.

     IT IS SO ORDERED.

    **Dated:**   **July 24, 2008**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE